IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLERDE PIERRE, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 3:09-cv-01230-JBA |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | ) August 27, 2009 |
| Defendant. | ) |

**DEFENDANTS' ANSWER TO COMPLAINT
FOR DECLARATORY AND INJUNCTIVE RELIEF**

Defendant, , the U.S. Citizenship and Immigration Services (USCIS), a constituent unit of the U.S. Department of Homeland Security (DHS), by and through its undersigned counsel, in response to the Plaintiff's Complaint, states the following:

1.  This paragraph is a statement of Plaintiff's case to which no answer is required.  To the extent that a response is deemed required, Defendant DHS USCIS admits that this is an action brought under the FOIA to compel the disclosure and release of agency records requested by Plaintiff, but denies that any requested and responsive agency records were improperly withheld from Plaintiff at any time, and further denies that Plaintiff is a United States citizen wrongfully held in immigration detention since 2008.

2.  Defendant admits that Plaintiff is currently in immigration proceedings pending before the U.S. Court of Appeals for the Second Circuit, but denies that Plaintiff is a United States citizen.

Defendant also denies that documents responsive to Plaintiff's FOIA request have been or are being illegally withheld from Plaintiff.

3. Defendant is without sufficient knowledge or information to formulate a belief or opinion regarding the truth or accuracy of Plaintiff's allegations of paragraph 3 regarding the impetus underlying Plaintiff's FOIA request or his assessment of the requested record's nature, utility and value, and therefore denies the same.

## JURISDICTION AND VENUE

4. & 5. These paragraphs contain statements of jurisdiction and venue, not averment of facts to which an answer is required. To the extent that an answer is deemed required, Defendant DHS USCIS admits Plaintiff's allegations of paragraphs 4 and 5.

## PARTIES

6. Defendant admits that Plaintiff has an immigration case pending before the U.S. Court of Appeals for the Second Circuit, but denies all other allegations of Plaintiff's paragraph 6.

7. Defendant admits the allegations raised in Plaintiff's paragraph 7.

## STATEMENT OF FACTS

8. Defendant admits that Plaintiff has an immigration case pending before the U.S. Court of Appeals for the Second Circuit and that Plaintiff has been detained by DHS at Franklin County Jail in Greenfield, Massachusetts, since 2008, but denies all other allegations of Plaintiff's paragraph 8.

9. Defendant admits the allegations raised in Plaintiff's paragraph 9.

10. Defendant admits the allegations raised in Plaintiff's paragraph 10.

11. Defendant admits the allegations raised in Plaintiff's paragraph 11.

12. Defendant is without sufficient knowledge or information to formulate a belief or opinion regarding the truth or accuracy of Plaintiff's allegations of paragraph 12 regarding the impetus underlying Plaintiff's FOIA request or his assessment of the requested record's nature, utility and value, and therefore denies the same. Defendant denies all other allegations of paragraph 12.

13. Defendant admits the allegation raised in Plaintiff's paragraph 13.

14. Defendant admits the allegation raised in Plaintiff's paragraph 14.

15. Defendant admits the allegation raised in Plaintiff's paragraph 15.

16. Defendant denies the allegation raised in Plaintiff's paragraph 16.

**FIRST CLAIM FOR RELIEF**
**Defendant DHS Failed to Affirmatively Disclose and Release Records**
**Responsive to Plaintiff's Request**

17. Paragraph 17 is Plaintiff's statement of incorporation to which no answer is required.

18. Defendant denies the allegation raised in Plaintiff's paragraph 18.

**SECOND CLAIM FOR RELIEF**
**Defendant DHS Failed to Affirmatively Disclose Records**
**Responsive to Plaintiff's Request**

19. Paragraph 19 is Plaintiff's statement of incorporation to which no answer is required.

20. Defendant denies the allegation raised in Plaintiff's paragraph 20.

**Requested Relief**

21. This section constitutes Plaintiff's prayer for relief to which no response is required. To the extent that an answer is required, Defendant denies that Plaintiff is entitled to such relief.

## AFFIRMATIVE DEFENSE

1.      The complaint and each claim asserted therein fails to state a cause of action upon which relief can be granted due in part to the fact that the defendant's processing of plaintiff's FOIA request is in conformity with *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605, 615-16 (D.C. Cir. 1976).

Date August 27, 2009
New Haven, Connecticut

                              Respectfully submitted,

                              NORA DANNEHY
                              UNITED STATES ATTORNEY


                              /s/
                              _____
                              DOUGLAS MORABITO
                              Assistant United States Attorney
                              Bar No.:ct20962
                              Connecticut Financial Center
                              157 Church Street
                              New Haven Connecticut  06510


Agency Counsel:
Eric N. Banks
Associate Counsel
Office of Chief Counsel
U.S. Citizenship and Immigration Services
U.S. Department of Homeland Security
20 Massachusetts Avenue, N.W., Suite 4210
Washington, D.C.  20529

eric.n.banks@dhs.gov
Tel.:  202-272-1425
Fax:  202-272-1405

CERTIFICATION OF SERVICE

      I hereby certify that on August 27th, 2009, a copy of the foregoing answer was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

      /s/

DOUGLAS P. MORABITO
ASSISTANT U.S. ATTORNEY
NEW HAVEN, CT  06508
(203) 821-3700
FEDERAL BAR NO. ct20962
Facsimile (203) 773-5373
Douglas.Morabito@usdoj.gov